# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1254
Lower Tribunal No. 2017-CA-002914-ON

_____

MAGIC BURGERS, LLC,

Appellant,

v.

ALLISON LITTERAL,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Margaret H. Schreiber, Judge.

March 26, 2024

PER CURIAM.

AFFIRMED.

MIZE, BROWNLEE and GANNAM, JJ., concur.


Christopher E. Brown and Abbye E. Alexander, of Kaufman, Dolowich & Voluck, LLP, Orlando, for Appellant.

Dayna Maeder, Nicholas A. Shannin, and Carol B. Shannin, of Shannin Law Firm, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED